UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 15 2008
Clerk, U.S. District an
Bankruptcy Courts

**RODOLFO SOTO-MALDONADO**
5789 Ladues End Court
Fairfax, VA 22030
(703) 385-3820

Plaintiff,

v.

AKA **PEPCO, INC.**
**PEPCO HOLDINGS, INC.**
701 Ninth St., NW
Washington, D.C. 20068

Case: 1:08-cv-01424
Assigned To : Bates, John D.
Assign. Date : 8/15/2008
Description: Employ. Discrim.

JURY ACTION

Defendant

## COMPLAINT

1. Rodolfo Soto-Maldonado brings this action for injunctive relief and damages based on the denial of his rights under the Title VII of the Civil Rights Act of 1964. Potomac Electric Power Company, Inc. (hereafter "the Defendant" or "Pepco") and/or its agents acting on its behalf, subjected Mr. Soto-Maldonado to race discrimination by terminating him while under the supervision and care of a licensed physician who was treating Mr. Soto-Maldonado for an acute gastrointestinal condition that prevented Mr. Soto-Maldonado from performing his daily work duties in his District of Columbia office. Discrimination on the basis of race constitutes unlawful discrimination under Title VII.

## JURISDICTION AND VENUE

2. The Court has jurisdiction over this action.

3. Venue is proper in the District of Columbia because the claims asserted herein arose in the District of Columbia which is also the location of the acts relevant to the claims asserted by Mr. Soto-Maldonado.

## PARTIES

4. Rodolfo Soto-Maldonado (hereafter "Mr. Soto-Maldonado" or "Plaintiff Soto-Maldonado) was the Supervisor, Customer Care. Mr. Soto-Maldonado has over 20 years of Customer Service experience of which more than 15 years is focused on Operations and Personnel Management.

5. Pepco, a subsidiary of Pepco Holdings, Inc., is a company incorporated in Delaware with more than 100 employees and is headquartered in the District of Columbia. It has employees located throughout the United States and Washington, D.C.

6. Robert Short (hereafter, "Mr. Short") is not a defendant in the lawsuit but was Mr. Soto-Maldonado's department manager and the discriminating official.

## FACTS

7. The averments set forth in paragraph 1 through 6 are adopted and incorporated herein by reference.

8. On October 27, 2003, Mr. Soto-Maldonado began working for Pepco as a Supervisor, Customer Care. He was the only male Hispanic on the Billing Services and Investigations team.

9. Mr. Soto-Maldonado was hired to oversee a staff of eight (8) Customer Service Representatives and a variety of projects, including one designed to initiate the collection of previously unbilled electrical service due to theft of electric service or unmetered service.

10. On April 24, 2006, Mr. Soto-Maldonado went off work on paid short-term disability leave.

11. On July 6, 2006, Pepco, through UnumProvident Corporation, Pepco's family and medical leave administrator, approved Mr. Soto-Maldonado's request for family medical leave for the period April 24, through June 1, 2006.

12. Even while under the care of a licensed physician who advised Pepco of Mr. Soto-Maldonado's medical condition which prevented him from carrying-out his position requirements from his District of Columbia office, Pepco denied Mr. Soto-Maldonado's request for leave after June 1, 2006.

13. On August 23, 2006, Mr. Soto-Maldonado returned to work, but was asked to surrender his Pepco identification badge and escorted out of the building.

14. On August 29, 2006, a meeting was held to determine Mr. Soto-Maldonado's continued employment with Pepco. During this meeting, Mr. Soto-Maldonado was asked to submit any and all documentation from his treating physician to support his absence beyond June 1, 2006. Although Mr. Soto-Maldonado presented documentation, none was collected by the Pepco representatives conducting the meeting.

15. On September 13, 2006, Mr. Soto-Maldonado's employment with Pepco was terminated based on UnumProvident's biased notion that Mr. Soto-Maldonado did not have a medical condition that prevented him from returning to work.

16. Mr. Soto-Maldonado was treated differently than his Black colleagues. By way of example, Pepco failed to terminate a similarly situated Black female who had not reported to work for over 12 months.

## EXHAUSTION OF REMEDIES

17. Mr. Soto-Maldonado exhausted all administrative requirements that apply to the process of his complaint, including the filing of a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission.

## STATEMENT OF CLAIMS

18. Plaintiff re-alleges paragraphs 1 – 17 and incorporates them fully herein.

19. Title VII prohibits employers from discriminating against employees on the basis of race.

20. Plaintiff alleges that Defendant and/or agents or employees acting on its behalf, subjected him to discrimination based on race. Plaintiff further alleges that these acts and practices violate Title VII.

21. Plaintiff also alleges that as a direct and proximate result of intentional acts of Defendant and/or agents or employees acting on its behalf, Plaintiff has suffered grievous harm to his career and continues to suffer such harm. These injuries and losses include, but are not limited to, loss of employment, loss of past salary, benefits and entitlements, loss of future salary, benefits and entitlements and loss of professional status.

22. As a direct and proximate result of intentional acts of Defendant and/or agents or employees acting on its behalf, Plaintiff has suffered emotional distress, humiliation, pain and anguish, as well as damage to his professional career and reputation.

23. As a consequence of Defendant's actions, Defendant is liable to Plaintiff for those damages, as well as for attorneys' fees, the cost of this litigation, and accrued interest.

## RELIEF SOUGHT

WHEREFORE, Plaintiff respectfully requests this Court to:

A. Enter judgment for Plaintiff against Defendant on all counts;

B. Declare that the conduct of Defendant is in violation of Title VII of the Civil Rights Act of 1964, as amended;

C. Award Plaintiff equitable relief, such as back pay, future losses, loss of benefits, and other economic losses and entitlements retroactive to the date of the unlawful action found to have occurred in this case;

D. Award Plaintiff compensatory damages for the injuries and losses that he suffered in an amount to be proved at trial;

E. Award Plaintiff punitive damages for the injuries and losses that he suffered in an amount to be proved at trial;

F. Order Defendant to pay all reasonable attorneys' fees, court costs, and expenses incurred by the Plaintiff as a result of Defendant's actions and inactions, as well as pre-judgment and post-judgment interest; and

G. Order such equitable and legal relief as the Court deems necessary and appropriate.

## JURY DEMAND

Plaintiff requests a trial by a jury of his peers as to all claims set forth in this Complaint.

Dated August 15, 2008

                      Respectfully submitted,

                      _____
                      Rodolfo Soto-Maldonado
                      5789 Ladues End Court
                      Fairfax, VA 22030
                      (703) 385-3820 (telephone)
                      (703) 385-3068 (facsimile)
                      ***Plaintiff, Rodolfo Soto-Maldonado***



**U.S. Equal Employment Opportunity Commission**
**Washington Field Office**

1801 L Street, N.W.
Suite 100
Washington, DC 20507
(202) 419-0713
TTY (202) 419-0702
FAX (202) 419-0739

May 5, 2008

Rodolfo Soto Maldonado
5789 Ladues End Ct.
Fairfax, VA 22030

Re:   Rodolfo Soto Maldonado vs. PEPCO
      EEOC No: 10C-2007-00059

Dear Mr. Soto:

Enclosed please find a copy of your Right to Sue Letter, which you should have originally received. I apologize for any inconvenience.

Sincerely,

David Gonzalez
State and Local Coordinator

PEPCO
701 9th Street, N.W.,
Washington, DC 20001

08 1424
FILED

AUG 15 2008

Clerk, U.S. District and
Bankruptcy Courts

EEOC Form 161 (2/08)            **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Rodolfo Soto Maldonado<br>5789 Ladues End Ct.<br>Fairfax, VA 22030 | From: | Washington Field Office<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 10C-2007-00059 | David Gonzalez,<br>State & Local Coordinator | (202) 419-0714 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X]   Other *(briefly state)*        **Administrative Closure**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Dana R Hutter* (signature)          **MAY 0 5 2008**

Enclosures(s)        Dana Hutter,          *(Date Mailed)*
                     Director

cc:

**PEPCO**
701 9th Street, N.W.,
Washington, DC 20001

08-1424

**CIVIL COVER SHEET**

Rev.1/05 DC)

**I (a) PLAINTIFFS** RODOLFO SOTO-MALDONADO

**DEFENDANTS** PEPCO, INC. (AKA) PEPCO HOLDINGS, INC.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF FAIRFAX
(EXCEPT IN U.S. PLAINTIFF CASES) 88888

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE T

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
5789 LADUES END CT  (703) 385.3820
FAIRFAX, VA 22030

Case: 1:08-cv-01424
Assigned To : Bates, John D.
Assign. Date : 8/15/2008
Description: Employ. Discrim.

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ |
| Citizen of Another State | ☒ | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A. Antitrust**
☐ 410 Antitrust

☐ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Immigration
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**I. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 2000 - THIS ACTION FOR INJUNCTIVE RELIEF & DAMAGES BASED ON THE DENIAL OF RIGHTS UNDER THE TITLE VII OF THE CIVIL RIGHTS ACT OF 1964. I WAS SUBJECTED TO RACE DISCRIMINATION.

**II. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____  Check YES only if demanded in complaint
JURY DEMAND: ☒ YES   ☐ NO

**III. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☐ NO   If yes, please complete related case form.

DATE 08/15/2008   SIGNATURE OF ATTORNEY OF RECORD [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

  I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

  III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

  IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

  VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

  VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

forms\js-44.wpd